No. 478. GRAVES ET AL. *v.* NEW YORK EX REL. O'KEEFE. December 19, 1938. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. John J. Bennett,* Attorney General of New York, *Henry Epstein,* Solicitor General, *Joseph M. Mesnig,* and *Austin Tobin* for petitioners. *Messrs. Daniel McNamara, Jr.* and *Ernest K. Neumann* for respondent.

No. 528. UTAH FUEL CO. ET AL. *v.* NATIONAL BITUMINOUS COAL COMM'N ET AL. See *ante,* p. 575.

No. 486. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* METROPOLITAN EDISON CO.; and

No. 487. SAME *v.* PENNSYLVANIA WATER & POWER CO. January 3, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Jackson* for petitioner. No appearance for respondents. Reported below: 98 F. 2d 807, 812.